FILED

MAR 29 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

SA23CA0409 XR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
San Antonio Division

V.

Case #

vs USDC

Whatever and or whoever is broadcasting in ~~San Antonio~~ and over San Antonio / Unknown account holders w/ my name on it as well as family members / The impersonators of those of my family and my ~~friends~~ & friends w/ deceit / I.A. 4 to B. 1. unknown: as USDC

2. D. Kelly / Cook / as above priveyal; / [illegible] / as above priveyal

Sheriff / : 24 / 10y / 14 / 18 (115 $2384: 135241: 435912 / 135242) / 18 (115 $2384: 135241: 435913/2 / 135242) / 18 (115 $2384: 135241: 135646 / 135242) / 18 (115 $2384: 135241: / 115 $2387 / 135242) / 18 (115 $2384: 135241: 73515 / 12 / 135242) / 18 (115 $2384: 135241: 335709/2 / 135242) / 18 (115 $2384: 135241: 335712/4 / 135242) / 18 (115 $2384: 135241: 335714/2 / 135242) per USC / per sum purpose / per Defense to influence / per citizen of 7th of Same in Home / 18 (115 $2384: 135241: 475100/2 / 135242) / 18 (115 $2384: 135241: 475101/4 / 135242) / 18 (115 $2384: 135241: 4751028/4 / 135242) / 18 (115 $2384: 135241: 4751029/2 / 135242) / 18 (115 $2384: 135241: 4751030/2 / 135242) / 18 (115 $2384: 135241: 4751038/2 / 135242) / 18 (115 $2384: 135241: 4751040/2 / 135242) / 18 (115 $2384: 135241: 4751036/5 / 135242) and per letter / per v rayal / 18 (115 $2384: 135241: 113 $5 2739 / 135242) / 18 (115 $2384: 135241: 4951071 / 135242) / 18 (115 $2384: 135241: 4451072 / 135242)

$7234974 · 10[16]

50,856,41,248 · 10[14]

Jeremiah Salazar: 24 / 3 / 4 / 18 (115 $2384: 135241: 435911 / 135242) / 18 (115 $2384: 135241: 435912 / 135242) / 18 (115 $2384: 135241: 435913/2 / 135242) / 18 (115 $2384: 135241: 355751/2 / 135242) / 18 (115 $2384: 135241: 375792/2 / 135242) / 18 (115 $2384: 135241: 26 / 135242) / 18 (115 $2384: 135241: 455953 / 135242) / 18 (115 $2384: 135241: 455951 / 135242) / 18 (115 $2384: 135241: 1/3: 23 / 135242) / 18 (115 $2384: 135241: 113 $ 2739 / 135242) / 18 (115 $2384: 135241: 113 $ 5 3393/2 / 135242) / 18 (115 $2384: 135241: 113 $ 2332D / 135242) / 18 (115 $2384: 135241: 455955 / 135242) / 18 (115 $2384: 135241: 395832/2 / 135242) per in custody / per person of authority / ~~per minute in custody~~ / per ~~entity of custody~~ per inst. capacity / per citizen @ 7th / 18 (115 $2384: 135241: 7751598a/3 / 135242) / 18 (115 $2384: 135241: 775158/2 / 135242) / 18 (115 $2384: 135241: 135244 / 135242) / 18 (115 $2384: 135241: 7751511/2 / 135242) per rayal / Criminal omission 34 (1013,1021; 101340 / 3:121 SC 7 PTD 4444: 12 (SC 7 PTB 4)) / immel omission 18 (p+237/10/14)

80491657 · 10[24]

32198136 · 10[25]

/ 18 (115 $2384: 135241: 113 $ 57334 / 135242)

/ 18 (115 $2384: 135241: 4951071 / 135242)

/ 18 (115 $2384: 135241: 495$072 / 135242)

/ 18 (115 $2384: 135241: 4951073 / 135242)

3. USDA West / as above per rayal

4. Unknown: as USDC

5. Unknown: as USDC / ~~X. Rodriguez~~ O. C. Garcia: 4 / 4y / 10y / 14 / 18 (115 $2384: 135241: 3 / 135241 / 135242) / 18 (115 $2384: 135241: 415872 / 135242) / 18 (115 $2384: 135241: 415873 / 135242) / 18 (115 $2384: 135241: 415876 / 135242) / 18 (115 $2384: 135241: 1513 / 135242) / 18 (115 $2384: 135241: 435911 / 135242) / 18 (115 $2384: 135241: 255505/3 / 135242) / 18 (115 $2384: 135241: 435912 / 135242) / 18 (115 $2384: 135241: 4751018/2 / 135242) / 18 (115 $2384: 135241: 4751028/4 / 135242) / 18 (115 $2384: 135241: 4751038/2 / 135242) / 18 (115 $2384: 135241: 4751031 / 135242) per as USDC

3060576 · 10[13]

1530288 · 10[14]

6 UNKnown : as USDC

7. UNKNOWN : as USDC

B2.    1 UNKnown : as USDC        5 unknown as USDC - 7. Bingler OCG
2 Dwo Hby Cath / as abv. POLICE/ FBI as abv. paving  6. Unknown : as USDC
Sheriff as abv. pa vingdt / Shane Shelley as abv. paving  "              "
3 USDC WEST  as abv. pa vngle
4 unknown ? as USDC

B3.    1. UNKnown : as USDC        5. unknown as USDC - X. Rodriguez : as OCG  6 unknown as USDC        ?
2 Dwelling/ Cont. / as abv. payment  POLICE/ FBI as abv. paving  6  "           ?
Sheriff as abv. pa vingle / Mattie Schlichter as abv. paving  7 "           ?
3 USDC WEST: as abv. pa vngle
4 unknown : as USDC

B4.    1 unknown : as USDC        5. unknown as USDC - R. Farrer as OCG
2 Dwelling/ Cont. / as abv. pa vngle  POLICE/ FBI as abv. vngle  6  unknown : USDC
Sheriff as on vngle / Marion Salazar / abv. vngle        7 "           "
3 USD Cwest: abv. vngle
4 unknown : USDC

B5.    1. unknown : as USD        5. unknown : USDC - J. K. Pullins : as OCG
2 Dwelling / Cont. / as abv, vngle  POLICE/ FBI : 1- vngle  6. unknown : USDC
Sheriff abv. pa vingle / Marion Salazar / as abv. vngle        7 "           "
3 USDC WEST : as abv. vngle
4. unknown : USDC

II    Black as Normally (Default) / Dallas Texas (Castellan / as abv. pa vngle

6 th. / Jacobs: B2 B3 B4 B5 B6 B7, B8, B9, B10, B11, B12, B14 as BLADE / B2 B3 B4 B5 B6 B7, B8, B9, B10, B11, B12, B14
(criminal omissions of
(18 § 7201: 13 § 241: 18 § 751/c-/13 § 242) /18 § 1163 § 241 : 13 § 241: 18 § 751/241: 10 /
241) / 18 § 372/a+ 13 § 241 § 371/207, 13 § 241) / 18 / 116 § 2734: 13 § 241: 18 § 1212 /3
(18 § 241) / 18 § 1116 § 241/-13 § 241)

6 W/ 7 Jacobs as BCNIX / criminal omission of title 42 (15 § 1851 - 1853 : 43 § 141: 16 §
1891 - 1893 : 16 § 1900 - 1900 b § 20 § 1075 - 1975 § § 21 § 1981 - 2000 b - c : 21
§ 2000 aa - 2000 aa - 12 : 21 § 2000 bb - 2000 bb - 4 : 21 § 2000 cc - 2000 cc - 5 :
21 § 2000 dd - 2000 ddd - 2 : 21 § 2000 ee - 2000 - ee - 3 : 42 § 2001 - 2000 5 :
32 § 2651 - 2653 : 33 § 2641 - 2698 : 91 § 330 - 7879 : 43 § 3601 - 75 21 : 52 §
4151 : 15 § 4401 - 4419 : 88 § 7401 - 7471a : 81 § 7801 - 7871 : 107 § 9401 - 9873 :
107 § 10001 - 10008 / 109 § 10741 - 10745 / 109 § 10341 - 10370 : 114 § 10801 - 10851 :
118 § 11201 - 11294 : 125 § 11801 - 11851 / 129 § 11901 - 11925 : 124 § 12101 - 12173 :
131 § 12901 - 12912 : 133 § 13101 - 13109 : 136 § 13701 - 14228 : 142 § 14801 § 14491 :
15001 - 15115 : 153 § 15501 - 15555 / 154 § 15601 - 15621 : 156 § 15901 - 15953 :
157 § 16 col : 191 § 22 : 155 § 1761 - 1777 ) / (7mm / omission 4 / 8 (3/3/e) /181/83
2384 : 13 § 241 : 358 751 /e /13 § 242) / 81/15 § 2384 : 13 § 241 : 13 § 241 § 13 § 242) /181/155 -
2384 : 13 § 241 : 393 792 /e /13 § 242) / 181/165 § 758 /e : 13 § 241 : 353 /203. /13 § 242) /181/165
2364 : 13 § 241 : 353 297 /2 / GOLUMBUS 5. 19/12 : Gulations 5. 19/12 : Gulations 5. 21/292
/13 § 242) / 18 (18 § 859 /13 § 241 / 13 § 297 h. : Romins 4. 201/23 : Romins 1. 301/13 : Romins 1. 311
4 : (amins 1. 32/27 /13 § 242) / 18 (18 § 958 : 13 § 242 : 13 § 297 h. : 1 Porinthrois 6. 9/12 :



Def #8: who was sold me out to be in this motherfucker as a hostage
    co. Def #8

    auth/omis: as Def #1

Def #9: 6th Trooper Peter Blk Picket Guard Cadet Vallejo: in BCNDC, w/ 6th, Blk,
    2 3/4 [14]; 14/2; 18(115§2384; 18§241: 77§158 1/2 (13§21(2) (18(115§7384) (13§ 21#:
    43§917/6 (13§21(2) 18(115§2384: 13§241: 43§912 (13§21(2) (18(115§2384) 13§241; 13§
    244 (13§21(2) 18(115§2384: 13§241: 73§(15) 1/2 (13§21(2) 18(115§9084)(13§241; 98§
    953 (13§21(2) 18(115§2384: 13§241: 11/3: 23 (18§2412) 18(115§2384: 13§241; 918§955
    (13§21(2) 18(115§2384: 13§241; 13§ §2382() (13§21(2) 18(115§2384; 13§241; 11/3§
    §2730/2 §180 412) 18(115 §2384; 13§241; 118§ §2739 13/6 (13§21(2) 18§2/13§7384
    978§241; 11/3 § 233912 (13§21(2) 18(115§2384; 13§241; 11/5§2387 (13§21(2)
    18(115§2384; 13§241; 11/3§ §7738(15 (13§21(2)) 18(115§7384) 13§241; 45§970/(13§2#2)
    (9mm/ om.)) := 34 (101§ 10211; 101§C10/3: 121§C ptd/a/4; 121§C 701§(8) (9mm/
    om/sun .18 (pt 2 731/10/14) per minute harbor / co. detain harbor      9

    acts/omis: 2/16/(N.C mml/78207/. in BCNDC, w/6th, Blk, 01, per verguela

    auth/omis: as Def #9

Def #10: 6th trooper Blk Police 1 Croucel: in BCNDC, w/6th, Blk, 01, Def #9 per verguela
    2/16/N.1/ Cmml/78207/ in BCNDC; w/6th, Blk, 01, Vallejo per verguela

    acts/omis: as Def #1

Def #11: 6th Fall/Blk Picket/Boss 18/Blk/ in Vallejo, BCNDC, w/6th, Blk, 01 per verguela
    2/16/N.1/Cmml/78207/ as Vallejo

    acts/omis: as Def #1/ per digit

Def #12: 6th Fall/Blk Picket/B 115/ in Vallejo, BCNDC, w6th, Blk, 01 per verguela
    2/16/N/Cmml 78207/ ↓                                          9 per verguela

    auth/omis: as Def #1

Def #13: 6th Fall/Blk Picket/Kudel/ in Vallejo, BCNDC, w6th, Blk, 01, per digit per verguela
    2/16/N/Cmml/78207/ ↓

    auth/omis: as Def #1 per digit

Def #14: 6th Fall/Blk/K/Picket/ Cosmo/ in Vallejo, BCNDC, w6th, Blk, 01 per verguela
    2/16/all/Cmml/78207/                                        4

    acts/omis: as Def #1





9/30/Pennsylvania/PY/NW/Washington/D.C./20500/12525-11/
Research/Blvd/410/78254/57410/University/Ht./B4121/
78249/810/Dolorosa/78205/410/Dolorosa/78205/as 731
per single  $4759856 \cdot 10^{19}$ / $1927628 \cdot 10^{20}$)

act/omis as Def #1

Def #29 State and Local Law / Enforcement: as 731
ad/omis: as Def #1

Def #30 U.S./Department of Justice/: as 731 per single
950/Pennsylvania/D/NW/20500/816/Congress/DK/78701/U60K/NW
/Cap/410/W6K/78216/as 731 per single L

act/omis as Def #1

Def #31 U.S./National/Guard/as 731 per single
58/410/H/410/Frontage/RD./78219/as 731 per single

act/omis: as Def #1

Def #32 U.S./Coast/Guard/as 731 per single
1344/Denver/Blvd/78218/: ''  ''

act/omis: as Def #1

Def #33 U.S./Texas/State/Rangers/as 731 per single
P/O/Box/1087/78773-0600/512/424/2/MD/as 731 per single

act/omis: as Def #1

Def #34 Who is/is causing me the incidences in complaint
[illegible numeric/citation codes spanning several lines]

Signature [illegible] /18(110 §7384; 13 §241) 415 455 /13 §242)/18(110 §7384)/13 §241; 1130 §2332 b)(13 §242)



[Handwritten page consisting largely of scripture citations and notes; most text is illegible.]

;13§241: 47§1031/13§242) //18(115§2384:13§241:53§1152/13§242)//18(115§2384:13§
~~2384:13~~ 241:95§1959/13§242)//18(115§2384:13§241:94/8/2/13§242)//18(115§
2384:13§241:53§1151/13§242)//18(115§2384:13§241:53§1153/13§242)//18(115§2384:
13§241:53§1154/13§242)//18(115§2384:13§241:53§1155/13§242)//18(115§2384:
13§241:53§1156/13§242)//18(115§2384:13§241:53§1162/2/13§242)//18(115§2384:13
§241:65§1362/13/13§242)//18(115§2384:13§241:65§1361/2/13§242)//18(115§
2384:13§241:18/2 ~~43~~:12/13§242)//18(115§2384:13§241:~~15~~73§1570/13§242)//18(
115§2384:13§241:73§1511/2/13§242)//18(115§2384:13§241:73§1512/3/13§242)
//18(115§2384:13§241/73§1513/3/13§242)//18(115§2384:13§241/13§246/13§242)
//18(115§2384:13§241:71§1462/13§242)//18(115§2384:13§241:71§1464/13§
242)//18 ~~(23~~(115§2384:13§241:71§1465/3/13§242)//18(115§2384:13§241:71§1466
/2/13§242)//18(115§2384:13§241:71§1466a/13§242)//18(115§2384:13§241/57/§
1470/13§242)//18(115§2384:13§241:57§1169/13§242)//18(115§2384:13§241:77§
1583/13§242)//18(115§2384:13§241:90§1831/13§242)//18(115§2384:13§241:90§
1832/13§242)//18(115§2384:13§241:1057/18/13§242)//18(115§2384:13§241:109§2286
/13§242)//18(115§2384:13§241:109D2241/13§242)//18(115§2384:13§241:109§
2249/2/13§242)//18(115§2384:~~1104~~13§241:110§2252/13§242)//18(115§2384:13
241:13§241:110§2252a/2/13§242)//18(115§2384:13§241:113§2319a/3/13§242)
//18(115§2384:13§241:113§2319b/13§242)//18(115§2384:13§241:113§2319c/13§242)//18
(115§2384:13§241:113B§2332/13§242)//18(115§2384:13§241:45§955/13§242)//18
(115§2384:13§241:45§951/13§242)//18(115§2384:13§241:45§953/13§242)//18(115
§2384:13§241:45§957/13§242)//18(115§2384:13§241:45§958/13§242)//18(
115§2384:13§241:113B§2339/13§242)//18(115§2384:13§241:113B§2339A/13§242)
//18(115§2384:13§241:113B§2339B/2/13§242)//18(115§2384:13§241:117§2422/13
§242)//18(115§2384:13§241:119§2511/5/13§242)//18(115§2384:13§241:119§2514
/13§242)//18(115§2384:13§241:121§2701/13§242) ~~proverbs~~ //18(115§2384:13§241:
13§241/2: proverbs 1.4/12: proverbs 2.11/9: proverbs 3.21/13: proverbs 5.2/11: proverbs
8.12/11/13§242).//18(115§2384:13§241:13§241/2: Ephesians 4.23/10: Philippians 4.8/2
; Philippians 4.9/24: Romans 12.2/35: Romans 12.3/46: Ephesians 4.17/25: /13§242)
per as Scripture 4741727213281, 10[13]

acts/omission; as to Def#1

Def#~~3~~ 40 Whoever, Whatever is contrary to who and what I am; Native
American Indian (Gentile) as a Shamanic Baptist; minister of
Emmanuel Jesus the Christ! 16, 4/4 / 3/4 / 3/4 / 1/4 ;//18(115§2384;~~13§241:13§~~
~~249~~ 13 13§241:13§249/13§242)//18(115§2384:13§241/2:13§249/13§242)//18(115
§2384:13§241:45§958/13§242)//18(115§2384:13§249:45§959/13§242)//18(115§
2384:13§241:45§960/13§242)//18(115§2384:13§249:45§960/13§242)//18(115§
2384:13§241:45§956/5/13§242)//18(115§2384:13§249:45§956/5/13§242)//18(115
§2384:77§1385/4/13§242)//18(115§2384:13§244:77§1385/4/13§242)//18(115§2384:
13§241/2:13§241/2/13§242)//18(115§2384:13§241:95§1959/13§242)//18(115§2384:
53§1159:90§1831/13§242)//18(115§2384§53§1159:90§1832/13§242)//18(115§
2384:7:116:51§1113/2/13§242)//18(115§2384:7:1013; ~~1173/13§242)~~ 51§1113/2/13§
242)//18(115§2384:7:116:51§1117/13§242)//18(115§2384:7:1013:51§1117/13§242)
//18(115§2384:13§241:73§1512/3/13§242)//18(115§2384:13§241:73§1513/3/13§242)
//18(115§2384:13§241:13§246/13§242)//18(115§2384:13§241:47§1031/13§242)
//18(115§2384:9§153:11/3:23/13§242)//18(115§2384:53§1163:11/3:23/13§242)
//18(115§2384:31§665/5:11/3:23/13§242)//18(115§2384:31§666/2:11/3:23/13§242)
//18(115§2384:31§669/2:11/3:23/13§242)//18(115§2384:31§670:11/3:23/13§242)

_[Handwritten cursive notes — largely illegible]_





IV — where: any and every where since 2015
when: since 2015 — ongoing
who/how, why: the I and my family have been suffering torturous - Terrorist assaults even while hostaged in Puerto and in custody of Ref # 1 thru 26, 34 thru 53, and 70 thru 75; as we suffer these torturous terrorist assaults of Ref # 2 thru 5, 8, 24, 34 thru 36, 39 thru, 40, 72, and 75. If you can hear, see, and or "feel" any sort of sensation w/ in the fields of radiation produced by radiological dispersal devices, your home has been burglarized/invaded/sort of unlawful entry/ by breaking and entering / by an unauthorized presence; then your are or were raped, sexually assaulted; by accidental sexual assault by physical contact by either or both chemical and or biological weaponry; thus poisoned by ingestion, injection, or insertion of the exact same weaponry! So if you can hear, see, and or feel a thing w/o the use of a technological device (gaming gear, etc.) you have been attacked by terrorists and are suffering its tortures even unawares! This shit goes on nightly here in BCSU 200 N. Comal as well as in your homes! — These chemical weapons are of radioactive compounds and are contrary to the natural function of the human body as inorganic health risks may or may not be immediate for or as detrimented yet can be extremely damaging in more powerful fields of radiation!

IV. where: from homestead in Windcrest, TX ~~to~~ ~~present 2017~~ to CXNDL 9001 blvd./ 78957

when: from 2017 to present and on going.

~~why~~ what/who: Not sure of the reasons. But I know it has something to do. w/ D of #2, this 4 and 6, 29,25, that I would be subject to some sort of audio base torture.

This torture has religious pretenses as if to assault me w/ a bit biblical / calculation based on a series of scripture. This has been since the year of 2017 where every waking moment all I was forced to listen to were lies and visions ~~other~~ deceit! This to be experiencing deceitful guises that of my family and friends ~~listed~~ again. listed as: Sheryl Ann Cooper / LaRhue Canter / Katrina Canter / Olivia Bigbee (Tootie) / Carl ~~torl~~ us Canter / Billy Cooper / Vic Cooper / DIsiri Cooper / Pandora (Jasmine (Gulson) / Mahogany Buckson / Elling LaBlume Canter Jr. / Sequita ~~Fisher~~ Fischer / Glory Fischer "Vanity" (Performing Artist) / Milly Rie-your / Brendy Redoux / Daughters of Brandy Redoux 3/ Stacy ~~Luxe Mush~~ D'Shantae Rochelle Walker / Franchesica ~~that~~ Leman Walker / Ruby Lee Damon Canter (There is at least ~~#~~ 12 male / female - impersonators for her) Tina, Girl I'm when I was working @ Cracker Barrel. in 1999-2000) Pam, Don Epson Wang N. @ Midtown Rd. / David Veyple / Dennis ~~Howard~~ Lee Howard / Robert Brook (Jack Daniel's Whiskeum) / Danielle / and Christine Canter / Alfred Dillers Sr. (he has 3 impostors at least) / Lorry Iglelunt / and for some reason would like to minw' involed be and self proclaimer Kwadm. enemies: Thaddeus Frume / Lorry Idilheum B.J. Cooper (Like, 3 of those) / one is Mammm Washington /

Tony Biglow / Lee Pedan Sr. / Them girl they stole Them all both to intemidate, for some reason, and for certain perversions, especially of perversions of the Bible!

These assaults are constant and consistandly ongoing even now I'm being spyed upon to further the religious espionage that to my knowledge begun in 2015.

All Defendents are and I shave 2G, one and a have contributed to me being hostage and harbored against my will! Every assault is a indalogical attack by unknown terrorists why me?, I have no idea but, one James Pedan, DI/ª 14 has problems and tried to make a biblical scy scape-goat!

Based on a series of scripture: Is 44/ 84 13/ 94 10, 14/ 184 118 9 2384. 13 §240 241; 138247/1; Provenbs 24.28/12; 1John 3.15/20; 1John 313/11 138211D px mink since 2017 /px mink hostige/ for family member /a minister /por injure

Lies and various deceit: Is 44 84/104 14/ 184118 92384; 138241; 47§100/14,138 242; 118 118 2384; 1352112, 636 1343/3 13521D

and for certain perversions, especially of the Bible: Is 44 / 114/18 184 2384; 138241, 718 1462 12, 13§242 118 118 2384; 138241; 78§1464 135 21C

§2384:13§241:71§[illegible]/13§242) /18(118§2384:13§241:71§1400/13§242) /18(118§2384:13§241:113§2319a/3/13§242) /18(118§2384:13§241:113§25196/13§242) /18(118§2384:13§241:113§2319c/13§242) /18(118§2384:13§241:[illegible]§798/13§242) /18(118§2384:93§1905/13§242) /18(118§2384:13§241:88§1801/13§242) /18(118§2384:13§241:65§1348/13§242) /18(118§2384:13§241:119§2512/6/13§242) /18(118§2384:13§241:119§2511/5/13§242) /18(118§2384:13§241:113§2332H/13§242) /18(118§2384:13§241:13§247/2: Jude 4/37: Galatians 2.4/30: Galatians 2.5/24 Galatians 2.6/29: 2 Timothy 3.6/22: 2 Timothy 3.7/13: 2 Peter 2.1/31: 2 Peter 2.2/18: 2 Peter 2.3/29: 2 Peter 2.4/39/13§242) per month of hostaging/per person to hidden for future/per family member of ministry/[illegible]·10[10]

further the religious espionage: [illegible] /18(118§2384:13§241:37§798/13§242) /18(118§2384:13§241:93§1905/13§242) /18(118§2384:13§241:90§1831/13§242) /18(118§2384:13§241:90§1832/13§242) /18(118§2384:13§241:2§38/13§242) /18(118§2384:13§241:2§396/13§242) /18(118§2384:13§241:2§39/13§242) /18(118§2384:13§241:37§799/[illegible]/13§242) /18(118§2384:13§241:65§1357/13§242) /18(118§2384:13§241:65§1365/13§242) /18(118§2384:13§241:119§2512/5/13§242) /18(118§2384:13§241:119§2511/6/13§242) /18(118§2384:13§241:113§2332H/13§242) /18(118§2384:13§241:7:11b/13§242) /18(118§2384:13§241:7:10/5/13§242) /18(118§2384:13§241:13§247/2: Galatians 2.4/30: Galatians 2.5/24/13§242) per as ~~[illegible]~~ scripture ~~1992530149·10[13]~~ 6304636·10[13]

tried to make a biblical scape-goat of me: [illegible] /18(118§2384:13§241: ~~13§241~~: 47§1028/[illegible]/13§242) /18(118§2384:13§241:47§1038/2/13§242) /18(118§2384:13§241:47§1001/2/13§242) /18(118§2384:13§241:43§911/13§242) /18(118§2384:13§241:47§1028a/13§242) /18(118§2384:13§241:47§1034/5/13§242) /18(118§2384:13§241:13§247/2: Leviticus 16.20/26: Leviticus 16.21/59: Leviticus 16.22/24: Leviticus 16.23/32: Leviticus 16.24/40: Leviticus 16.25/12: Leviticus 16.26/26: Leviticus 16.27/45: Leviticus 16.28/22/13§242) per as scripture 1992530149·10[13]

where: San Antonio, TX and BCADC, 200 N. Comal 78207

when: 2015 to present, continued as ongoing

who what how: Def #2 thru 4 are of some religious terrorist occult and have been of assault against the entire city by means of a radiological device and during the duration of me being hostaged @ Def #7 200 N. Comal 78207 has targeted this very location. Have made ~~numerous~~ numerous attempts to make contact w Def #27, of course this was almost 2 years ago. By default as lack of response

ability and in correspondance w/ this terroristic attack on the entire city! As well as Def # 1 thru 26, 24, 29 thru 44. w/ full exceptance to the terroristic Subversion as a corrupt organization! This assault is not only among the unlawfully detained, it also plagues those of my family as well as my friends! These are all co-conspirators to the terroristic Ponzi hostaging racket as well!

Who: Def # 1. This at [?] All this would also include Def # 49 thru 55, as well when: 1992 ongoing. Lett.: 78, 66 thru 78!

who/what/how: Def #33 is a corporate strawman and is a false representation, and corrupt.

when: U.S. N. Committ!

when: 1992 —ongoing

who/what/how: Def #38 is a corporate strawman and is a false representation of a natural U.S. citizen!

where: @ least San Antonio, Bexar County, TX, USA, yet Mostly South Texas

when: To my knowledge before 2015

who/what/how: This is no known accessable, contactable, group or unit of law enforcement here, Due to lack thereof Def # 1 thru 55 are responsible for the terrorist-Ponzi hostaging Racket and the hostages of Bexar County Adult Detention Center 200 N. Comal 78207 which are presently unlawfully detained in the custody of the peonage of Bexar County Sheriffs 202 N. Comal 78207, etc. By default are in full correspondance to this corrupt organization and is to be held accountable as such for the criminal acts and the terroristic torture as well!

